Kathryn Tassinari
Robert Baron
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STEVE BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-6009-CO |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES, LEGAL ASSISTANT FEES, COSTS |
| Commissioner, Social Security | ) | AND EXPENSES PURSUANT TO EAJA |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $2,683.20, legal assistant fees in the amount of $810.00, costs in the amount of $150.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,668.20 as full settlement of any and all claims for attorney fees and legal assistant fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs and expenses pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED on this 14 day of November 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari, OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES, COSTS & EXPENSES PURSUANT TO EAJA